Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number 6:20-po-00469-HBK |
| Plaintiff, | |
| v. | **MOTION TO DISMISS** |
| BRYAN TRUNIK, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of case *6:20-po-00469-HBK*, (violation number 9293278) without prejudice and in the interest of justice.

                                              Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              United States Attorney

Dated: October 6, 2021                 /S/ *Sean O. Anderson*
                                              SEAN O. ANDERSON
                                              Legal Officer
                                              Yosemite National Park